UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE CATHY ANN BENCIVENGO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TANI HUMBERTA ARREGUIN,<br><br>Defendant. | CASE NO.:   21CR2812-CAB<br><br>ORDER ON JOINT MOTION CONTINUING SENTENCING HEARING |

JOINT MOTION HAVING BEEN ENTERED by the parties, and good cause appearing,

IT IS HEREBY ORDERED the motion to continue is granted.  Defendant's Sentencing Hearing with PSR set for currently scheduled for May 27, 2022, at 9:00 a.m., shall be continued to August 26, 2022, at 9:00 a.m. before the Honorable Cathy Ann Bencivengo.

**IT IS SO ORDERED.**

DATED:   5/20/2022

_____

**Honorable Cathy Ann Bencivengo**
United States District Judge